McGOVERN and others, Appellants, vs. OELHAFEN and others, Defendants: OELHAFEN and others, Garnishee Defendants and Respondents. (Case No. 1.)

McGOVERN and others, Appellants, vs. OELHAFEN and others, Defendants: OELHAFEN and others, Garnishee Defendants and Respondents. (Case No. 2.)

For the appellants: *H. K. Curtis* of Milwaukee.

For the respondents John W. Oelhafen and Frank Theiler: *R. T. Reinholdt* of Tomahawk.

For the respondent Edward Riemer: *Bottum, Hudnall, Lecher, McNamara & Michael* of Milwaukee.

*By the Court.*—Judgment affirmed.

COLE, Respondent, vs. WILL and others, Appellants.

For the appellants: *Thomas W. King* of Spring Green.

For the respondent: *Hall, Baker & Hall* of Madison.

*By the Court.*—Judgment affirmed.

SMITH, Respondent, vs. SMITH and another, Appellants.

For the appellants: *Olwell & Brady* and *George A. Gessner,* all of Milwaukee.

For the respondent: *Michael Levin* of Milwaukee.

*By the Court.*—Judgment affirmed.